

FILED
SEP - 4 2008
CLERK, US DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:08 CR 147 |
|---|---|---|
| | ) | |
| | ) | Aggravated Identity Theft |
| v. | ) | 18 U.S.C. §§ 1028A(a)(1), |
| | ) | 1028A(c)(5) & 2 |
| NICHOLE RAY EASTON, | ) | (Count One) |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

In or about January and February 2008, the exact dates being unknown, in Norfolk and Virginia Beach in the Eastern District of Virginia and elsewhere, defendant NICHOLE RAY EASTON did knowingly possess, transfer, and use, and cause to be possessed, transferred, and used, without lawful authority, a means of identification of another person during and in relation to a felony violation contained in Chapter 63 of Title 18, United States Code (that is, the execution and attempt to execute a scheme and artifice to defraud a federally chartered and federally insured financial institution and to obtain the moneys and funds under the custody and control of a federally chartered and federally insured financial institution by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344); in that defendant NICHOLE RAY EASTON, while working as an administrative assistant at DePaul Hospital, obtained patient names and other means of identification from the hospital's patient records and the hospital computer system and then in conjunction with the credit union fraud scheme transferred said means of identification to others who submitted fraudulent online loan applications to Navy Federal Credit Union, a federally chartered financial institution whose deposits are federally insured, and defendant NICHOLE

RAY EASTON received a share of the fraudulent loan proceeds.

(In violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(c)(5) and 2).

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: *[signature]*
James Ashford Metcalfe
Robert J. Krask
Assistant United States Attorneys
Attorneys for the United States
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, Virginia 23510
Phone: (757) 441-6331
Fax: (757) 441-6689
Jim.metcalfe@usdoj.gov
bob.krask@usdoj.gov